476 A.2d 96

Reynolds, Appellant, v. Whispering Pine Lodge.

610

Argued January 11, 1984. Maxwell H. Cohen, for appellant; Richard E. Deetz, for appellees.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

The order of the learned Monroe County Common Pleas Court Judge James R. Marsh is affirmed.